FRANCIS J. STEVENSON, by His Guardian ad Litem, JOHN H. STEVENSON, Respondent-Appellant, v. GEORGE E. ILLIG, Appellant, and ST. JOHN THE BAPTIST ROMAN CATHOLIC CONGREGATION, Respondent.— Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ALBERT D. JEWELL et al., Appellants, v. HILBERT FLEISCHMAN, Respondent.— All concur. (Appeal from a judgment dismissing plaintiffs' complaint, and directing cancellation of the *lis pendens*, in an action to foreclose a mechanic's lien.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Estate of FRED C. MARTZ, Deceased. DORA MARTZ, Appellant; ELMER MARTZ et al., Respondents.— All concur. (Appeal from an order granting the application of the executors in determining a limited right of election to the widow of decedent, and denying to said widow full right of election.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of the Accounting of GERTRUDE B. LINGHAM, as Trustee under the Will of CHARLES A. LINGHAM, Deceased, Appellant. HENRY GEORGE SCHOOL OF SOCIAL SCIENCE, Respondent.— All concur. (Appeal from a decree settling the accounts of a trustee.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

In the Matter of ABRAHAM NEWMAN, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respondent.— All concur. (Appeal from an order denying the relief prayed for in the petition and remanding petitioner to the custody of respondent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

JOSEPH L. GUZZETTA, JR., Appellant, v. LILLIAN W. GUZZETTA, Respondent.— Memorandum: We find only questions of fact presented by the record which we feel the Special Term correctly resolved. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an action for an annulment, and granting custody of infant child to defendant.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 844.]